UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN ERIC HYDE

        Plaintiff,

v.

        Case Number 05-10154-BC
        Honorable David M. Lawson

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____ /

## JUDGMENT

In accordance with the order issued on this date;

It is **ORDERED AND ADJUDGED** that judgment is **GRANTED** in favor of the defendant and against the plaintiff.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED** and that the complaint is **DISMISSED** with prejudice.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: June 1, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 1, 2006.

        s/Tracy A. Jacobs
        TRACY A. JACOBS